USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

XAVIER ARAU, HENRY JONES, CASSIUS MILLER, ELIJAH PERKINS, JAMIE WILKINS, DAIVON MORGAN, ROBERTO ESPINOSA, AMIER WILSON, DAVION TRUSTY, and JUAN REYES

Defendants.

1:21-cr-00570-MKV

**ADJOURNMENT ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the sentencing of Defendant Roberto Espinosa, previously scheduled for March 26, 2024 at 11:00 AM, is adjourned to June 18, 2024 at 11:00 AM. The Clerk of Court respectfully is requested to terminate the letter motion pending at docket entry 243.

**SO ORDERED.**

**Date: February 7, 2024**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**