USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

XAVIER ARAU, HENRY JONES, CASSIUS
MILLER, ELIJAH PERKINS, JAMIE
WILKINS, DAIVON MORGAN, ROBERTO
ESPINOSA, AMIER WILSON, DAVION
TRUSTY, and JUAN REYES

Defendants.

1:21-cr-00570-MKV

**ADJOURNMENT ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the sentencing of Defendant Roberto Espinosa, previously scheduled for August 6, 2024 at 11:00 AM, is ADJOURNED to August 26, 2024 at 11:00 AM. The Clerk of Court is respectfully requested to terminate the motion pending at docket entry 307.

SO ORDERED.

Date:  July 16, 2024
       New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**